UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM LEE GRANT, II,

    Plaintiff,

v.                                             Case No: 5:19-cv-350-Oc-30PRL

U.S. CENTRAL COMMAND,

    Defendant.

## **ORDER**

**THIS CAUSE** came on for consideration on the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 4). In the Report and Recommendation, the Magistrate Judge concluded this action should be dismissed as frivolous under 28 U.S.C. § 1915(e)(2) because (1) the allegations do not plausibly give rise to an entitlement to relief; (2) Plaintiff's allegations take place in Illinois, which is the only place where venue could be proper; and (3) Plaintiff has brought the same claims dozens of times in district courts throughout the U.S. (he filed at least 29 cases in Illinois alone), and claim preclusion or res judicata bars his claims. Plaintiff objected by stating in a conclusory fashion, "Res judicata is not applicable." (Doc. 5).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 4) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2) is DENIED.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of August, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record